UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

**RALPH C. NECLERIO, JR.,**          CASE NO. 3:11-cv-01317-VLB
      Plaintiff,

vs.

**TRANS UNION, L.L.C.;**
      Defendant.          November 20, 2013
_____

### JOINT NOTICE OF SETTLEMENT
_____

Plaintiff Ralph C. Neclerio, Jr. ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (collectively, the "Parties"), by counsel, hereby give notice that the Parties have reached a final settlement in this matter. The Parties will file a Stipulation Of Dismissal With Prejudice with the Court shortly, once the settlement is consummated. As such, the Court can remove the Jury Trial, currently scheduled to begin on December 3, 2013, from its calendar.

      Respectfully submitted,

*/s/ Ian B. Lyngklip (with consent)*
Ian B. Lyngklip P47173
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney for Ralph Neclerio
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PHONE: (248) 208-8864
IanLyngklip@Att.Net

*Counsel for Plaintiff, Ralph C. Neclerio, Jr.*

**/s/ William R. Brown**
**Robert J. Schuckit, Esq.**
**(admitted *Pro Hac Vice*)**
**William R. Brown, Esq. (phv05928)**
**(admitted *Pro Hac Vice*)**
**Sandra L. Davis, Esq.**
**(admitted *Pro Hac Vice*)**
**Schuckit & Associates, P.C.**
**4545 Northwestern Drive**
**Zionsville, IN  46077**
**Telephone:  (317) 363-2400**
**Fax:  (317) 363-2257**
**E-Mail:  rschuckit@schuckitlaw.com**
**            wbrown@schuckitlaw.com**
**            sdavis@schuckitlaw.com**

*Counsel for Defendant Trans Union, LLC*


**Howard K. Levine (ct10555)**
**CARMODY & TORRANCE LLP**
**195 Church Street, 18th Floor**
**P.O. Box 1950**
**New Haven, CT 06509-1950**
**Telephone: (203) 777-5501**
**Facsimile: (203) 784-3199**
**Email: hlevine@carmodylaw.com**

*Local Counsel for Defendant, Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 20th day of November, 2013.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Anthony S. Bonadies, Esq. anthony@bonadieslaw.com | Ian Lyngklip, Esq. ianlyngklip@att.net |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 20th day of November, 2013, properly addressed as follows:

| None | |

/s/ William R. Brown
**Robert J. Schuckit, Esq.**
**(admitted** *Pro Hac Vice***)**
**William R. Brown, Esq. (phv05928)**
**(admitted** *Pro Hac Vice***)**
**Sandra L. Davis, Esq.**
**(admitted** *Pro Hac Vice***)**
**Schuckit & Associates, P.C.**
**4545 Northwestern Drive**
**Zionsville, IN  46077**
**Telephone:  (317) 363-2400**
**Fax:  (317) 363-2257**
**E-Mail:  rschuckit@schuckitlaw.com**
**             wbrown@schuckitlaw.com**
**             sdavis@schuckitlaw.com**

*Counsel for Defendant, Trans Union, LLC*